MARTIN I. MELENDREZ, ESQ.
Nevada Bar No. 7818
BRITANNICA D. COLLINS, ESQ.
Nevada Bar. No. 13324
**HAWKINS MELENDREZ, P.C.**
9555 Hillwood Drive, Suite 150
Las Vegas, Nevada 89134
Tel. (702) 318-8800
mmelendrez@hawkinsmelendrez.com
bcollins@hawkinsmelendrez.com
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HANDCRAFTED DISTRIBUTION, LLC,<br><br>Plaintiff,<br><br>v.<br><br>KIRK V. OFFERLE, and CONSTANCE M. CHAMBERS,<br><br>Defendants. | CASE NO. 2:16-cv-03035-RFB-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

### STIPULATION

Plaintiff HANDCRAFTED DISTRIBUTION, LLC. ("Plaintiff"), and Defendants KIRK V. OFFERLE and CONSTANCE M. CHAMBERS ("Defendants") (collectively referred to as "Parties") have resolved all claims, disputes, and differences between the Parties;

Therefore, the Parties, by and through their respective attorneys of records, and subject to the court's approval, respectfully stipulate to the dismissal of the above-captioned matter with prejudice under FRCP 41(a), with each party bearing their own attorneys' fees and costs incurred in this action.

///
///
///
///

1

IT IS SO STIPULATED AND RESPECTFULLY SUBMITTED.

DATED this 2nd day of November, 2017.   DATED this 22nd day of November, 2017.

**HAWKINS MELENDREZ, P.C.**   **MCDONALD CARANO WILSON LLP**

_/s/ Martin I. Melendrez_   _/s/ Jeff Silvestri_

MARTIN I. MELENDREZ, ESQ.   JEFF SILVESTRI, ESQ.
Nevada Bar No. 7818   Nevada Bar No. 5779
BRITANNICA D. COLLINS, ESQ.   JASON SIFERS, ESQ.
Nevada Bar No. 13324   Nevada Bar No. 14273
9555 Hillwood Drive, Suite 150   2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89134   Las Vegas, Nevada 89102
*Attorneys for Defendants*   *Attorneys for Plaintiff*
*Kirk V. Offerle and Constance M. Chambers*   *Handcrafted Distribution, LLC*

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the stipulation of the Parties under FRCP 41(a), it is hereby ordered this action is dismissed with prejudice, and the Parties will bear their own attorneys' fees and costs incurred in this action.

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 27th day of November, 2017.